# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2021

Bridget M. McCormack,
Chief Justice

161726(23)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 161726
                                  COA: 353468
                                  Saginaw CC: 18-045345-FH;
                                       18-045410-FC

ADRIAN LAMONT WILLIAMS,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the second motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 17, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021



Clerk